*Edward J. Connolly* for appellant.

*Charles L. Craig* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, COLLIN, CUDDEBACK, HOGAN and MILLER, JJ.

---

In the Matter of the Application of WILLIAM J. IVES, Respondent, for the Appointment of Commissioners to Appraise Damages from a Change of Grade.

THE TOWN OF RIDGEWAY, Appellant.

*Matter of Ives*, 155 App. Div. 670, affirmed.
(Submitted October 22, 1913; decided November 18, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 4, 1913, which dismissed an appeal from an order of Special Term confirming the report of commissioners in change of grade damage proceedings.

*Irving L'Hommedieu* for appellant.

*Le Roy J. Skinner* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, COLLIN, CUDDEBACK, HOGAN and MILLER, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD S. AVERY et al., as Administrators with the Will Annexed of the Estate of MARY E. BRINCKERHOFF, Deceased, Appellants, *v.* LAWSON PURDY et al., Constituting the Board of Taxes and Assessments of the City of New York, Respondents.

*People ex rel. Avery* v. *Purdy*, 155 App. Div. 607, affirmed.
(Argued October 22, 1913; decided November 18, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered

March 12, 1913, which reversed an order of Special Term reducing an assessment for purposes of taxation on personal property of the estate of Mary E. Brinckerhoff, deceased.

*George F. Canfield, Arthur B. Smith* and *Chester R. Dewey* for appellants.

*Archibald R. Watson, Corporation Counsel* (*Curtis A. Peters* and *Eugene Fay* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, COLLIN, CUDDEBACK, HOGAN and MILLER, JJ.

---

ISIDOR STEIN, Respondent, *v.* CLARENCE P. WHITMAN et al., Appellants.

*Stein* v. *Whitman,* 156 App. Div. 861, reversed.
(Submitted October 22, 1913; decided November 18, 1913.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 29, 1913, which affirmed an order of Special Term overruling a demurrer to the complaint and granting a motion by plaintiff for judgment on the pleadings in an action on a bond.

The following question was certified: "Have causes of action been improperly united in the complaint?"

*Edwin P. Kilroe* for appellants.

*Ludwig M. Wilson* for respondent.

Interlocutory judgment and order of the Appellate Division reversed and judgment ordered for defendants on demurrer, with one bill of costs, on dissenting opinion of LAUGHLIN, J., below, with leave to plaintiff to sever action on payment of such costs. Question certified answered in the affirmative.

Concur: CULLEN, Ch. J., GRAY, WERNER, COLLIN, CUDDEBACK, HOGAN and MILLER, JJ.